Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

### 3. Model & Talent Industry Standards and Other Reference Material Considered

In addition to all of the above, I also consulted the following modelling industry reference material:

- The White Book Guide to Model Fees
- Numerous websites as listed in report regarding Model Industry Standards
- Celebrities' endorsement earnings on social media - Daily chart
- Intangible Asset & Intellectual Property Valuation/ A Multidisciplinary Perspective
- One Page Case Studies from Relatable - Global.pdf
- Right of Publicity — The Fashion Law

Excerpts of some of this reference materials are reproduced below:

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*





206

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*



Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

## Internet and e-commerce rates

### Introduction

A lot of debate surrounds New Media and, at the present time, there are no clear guidelines - neither for clients, nor bookers. The AMA cannot set rates but, below, are some principles which bookers can consider in rate negotiations. For the most part, everything is linked to the day rate, or the advertorial rate, that a particular model can command. Thereafter, rates are based on multiples of that rate.

Clients will often plead ignorance as to the real usage of a model's 'internet' presence. Bookers should not accept this. Consider that Facebook and Twitter are now part of 65% of companies' marketing strategies. Clients do take it seriously and must be prepared to pay for the media.

| Client websites | | | |
|---|---|---|---|
| Home page | No click through | | Advertising day rate + |
| Home page | With click through | To e-commerce | Advertising day rate X 150% |
| Section page | No click through | | Advertising day rate |
| Section page | With click through | To e-commerce | Advertising day rate X 100% |
| Thumb nails | With click through | To e-commerce | Catalogue day rate |
| 3rd party usage | ie on another client website | To e-commerce | Advertising day rate X 100% |
| Pop-up ad | Establish if it is a national or international brand | Establish if e-commerce link | Advertising day rate as above, dependent on e-commerce |
| Banner ad | | | |

Note: A home page or a section page is also called a 'landing page'

| Extra internet usage | | | Advertorial websites |
|---|---|---|---|
| Channel | % of 'day rate' | | |
| Face Book | 100% | | Establish the nature of the website – e.g. media, advertorial, editorial and, above all, is it linked directly or indirectly to e-commerce |
| All other social networks | 50% | | |
| Twitter | 50% | | |
| 4 square | 50% | | |
| Apps | 50% | | Look for an advertorial day rate, at least |
| Blogs | 50% | | |
| e-mail | 50% | | |

(Web channels: Treat as 'extra usage')

| Shows | |
|---|---|
| Usage | Rate |
| On designer website and NO e-commerce | Show rate |
| Broadcast | Show rate + 50% |
| Direct to e-commerce | Catalogue rate |
| Indirect to e-commerce | 100% of show rate |

| Virals | |
|---|---|
| *Look for minimum advertising day rate. Use TV usage as a guide* | |
| Usage | Rate |
| National brand | Advertising day rate |
| International brand | Advertising day rate X 2 + |
| *Check the client's strategy* | |
| TV commercial as viral – national brand | Day rate + 50% |
| TV commercial as viral – international brand | Day rate X 2 or more |

208

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*



Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*



210

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*





Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

Industry Standards Reference websites.

https://www.thebalancecareers.com/what-is-a-buyout-rate-in-modeling-2379446


careers ▸ Buyout Rate and Modeling

## Buyout Rate and Modeling
Pros and Cons of the Advance Payment


▸ Modeling Careers

HOW TO BECOME A MODEL

BY VANESSA HELMER | Updated November 11, 2019



At some point in your modeling career, you may be offered what's known as a "buyout." But what does it mean? What does it cover? And is it a good idea? It's an important term to become familiar with, so let's explore the details.

### What Is a Buyout?

In the modeling industry, a buyout is basically an advance payment for future use of a particular photo or set of photos. Instead of paying the model residuals (repeat payments each time the photo is used), the client and the agency negotiate a one-time fee that allows the client to use the photo(s) as many times as they'd like.

### For Freelance Models or Agency Models?

Buyouts are offered to both independent models and those under agency representation. Models with agencies often come out on top, though, because agencies are familiar with these types of contracts and know how to negotiate top buyout rates and the fairest terms.

### Why Use a Photo Repeatedly?

Companies don't want to use the same old advertisements year after year, and readers don't want to see them either. So why bother with buyouts, you ask?

Well, buyouts can cover multiple types of media. Rather than using one shot for one type of ad, the client can negotiate the buyout to cover all sorts of media types, such as in-store marketing, digital ads, billboards, flyers, newsletters, brochures, bus ads...the list goes on and on.

### Will It Appear Somewhere I Don't Want It To?

No. The terms of the buyout contract should state that your photos will only be used by the original company to promote their services or products. They can't be sold to a third party or manipulated to change their intended purpose.

### How Much Are Buyout Fees?

Buyouts are usually paid in addition to the day rate, but sometimes they're included. In general, the buyout rate works out to be about half of the original daily rate. So depending on the type of job, the client, and whether you're freelance or under agency representation, you could get paid anywhere from a few hundred to several thousand dollars.

 **Important:** Agency-represented models will usually get a better deal than freelancers when negotiating a buyout.

### What Do They Cover?

The terms of a buyout vary. The buyout contract might be limited to a certain geographical region (only effective in the state of New York, for example) or to a certain time period (it's common for contracts to only last one or two years). However, it's possible for the terms to cover an unlimited-time, worldwide buyout. That means the client can use the photo in any country for as long as they want.

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

https://www.modlapp.com/usage

**Pricing and agreeing on usage**

Models and booking clients must agree on the usage terms for images and the fee associated with it. Traditionally, usage is calculated using the basic shoot fee (BSF); the total fee paid to the model for their time during the creation of the material. The BSF is multiplied upwards based on the usage requirements of the marketing material. Each type of media, territory, and timespan commands an industry-typical multiplier effect.

There are no laws on how much or little you can or should pay for usage, everything is based on industry standards and you simply have to agree on this with the model. However, models are well aware of these industry standards and experienced models understand the value of their image. This makes them reluctant to sign away control of their image without sufficient remuneration. Ultimately, you need a model to sign a document agreeing to the intended usage and you need to adhere to those terms. **The more you offer for this usage, the better the quality of model you will attract to your job.**

https://aphotoeditor.com/2010/02/05/ad-agency-guide-to-photography-usage-terms/

Generally, think of usage costs reflecting the amount of exposure a particular image may receive. The more exposure, the higher the price. Exact terminology may differ, but the semantics remain the same if all of the information is included in each negotiation. You can phrase it any way you want, but be clear about the INTENT by including information from all categories outline below. Talent usage is similar, but there are differences in how each medium is priced out: talent usage tends to be much more specific. Again, it is based on exposure. European terminology will differ from US terminology, particularly in the "Print" category. In Europe, "Print" includes anything that is not broadcast.

213


Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

https://www.svenlerphotography.com/photography-blog/model-rates-how-much-do-agencies-charge

**Usage Fees** Professional photographers charge usage and license fees for their images and so do agencies. These fees very largely depending on a whole lot of factors, such as the agency, the market, the model, and of course where and how the image will be used. Naturally, the usage fee for a pamphlet for medium-sized company will be significantly lower than the usage fee for an international ad campaign. If you plan to use the pictures for an ad campaign, most agencies will also expect you to inform them about the nature of the product and/or the brand. There is usually no usage fee if you just want to use the pictures for your Portfolio.

**Other Terms and Conditions** Alright, once you negotiated all of the above, there are still some things that you should negotiate with the agency beforehand. Remember, modeling and photography is a business and you should treat it as such. This especially hold true when it comes to binding contracts. Depending on the agency, many of the following terms will not be negotiable.

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

https://aphotoeditor.com/2010/02/05/ad-agency-guide-to-photography-usage-terms/

**TIME PERIOD or LENGTH OF TIME**

This is the length of time an image or images will be used: one year, two year, one time, etc.. It is best to specify "from date of first use" when negotiating a contract for an image. Standard use generally defaults to one year use {from shoot date} in a specific medium unless terms are otherwise negotiated.

**RIGHTS/QUANTITY**

This is the number of times within the time period that the image will be used.

**Limited:** A limited number of times such as "2 insertions" or "run of 5,000" within the time period purchased. By the time you reach multiple insertions in publications such as People or USA Today, you may as well buy unlimited rights.

**Unlimited:** Can be used an unlimited (unspecified) number of times within the time period purchased. This does not allow a transfer of copyright to you or to your client, nor does it mean the same as "unlimited time." You both have only the rights to use the image, not to resell it or allow a third party to use it.

**Total Buyout:** You have purchased the copyright to the image and have full rights to do whatever you want with the image. You own it, basically. In the case of illustration, you own the rights, but you do not necessarily own the final art. That usually requires a very specific, carefully worded purchase agreement. Expect to pay dearly for this usage!

215

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*



216

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

http://www.themodels.com.au/pages/terms-and-conditions
https://www.smgmodels.com/page/478/

RATES

Quotes provided by the Agency will include shoot time only with usage quoted separately. A Booking Fee will also apply and be quoted.

USAGE

Additional fees are payable for the right to use the talent / model's image or reproductions / adaptations of, or drawings derived from that image, or any other representation of it, either complete or in part whether alone or in conjunction with any wording or other images, photographs, drawings or anticipated purposes which are in addition to and outside the scope of the initial permitted use, details of which are set out in the booking confirmation form, e.g. advertising, packs, posters, showcards, billboards, record covers, swing tickets etc. For the avoidance of doubt, additional fees are payable for the right to use the talent / model's image online or in any digital media including but not limited to Twitter, Facebook, Tumblr, Instagram, MySpace, YouTube, Flickr, Blogs or other social networking websites or media.

Unless otherwise agreed, the additional fees cover the right to use one image for one year from the date of booking, in Australia only, for the permitted use or uses or purposes agreed between the Agency and the client. Under no circumstances will each additional usage fee be less than the model's advertised day rate as determined by the Agency unless determined otherwise by the Agency in its absolute discretion.

Additional fees are also payable, and subject always to the Agency's prior consent, for the right to use the talent / model's image or reproductions etc, as set out above for all known or anticipated territories other than Australia.

It is the client's responsibility to outline full usage requirements at the time of booking. It is also the client's responsibility to ensure any creatives and brands associated with the booking are aware of these terms & conditions. Any and all additional usage must be negotiated with the Agency. The Agency reserves the right to refuse the release of images for any use for any reason including rollovers of existing print and television campaigns. Any image used without written authorisation or prior approval from the Agency will be deemed unauthorised usage and will be subject to penalty.

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

**8. ADDITIONAL FEES**

TO BE AGREED AT THE TIME OF THE BOOKING OR BEFORE ANY ADDITIONAL USAGE IN ACCORDANCE WITH SECTION 3.1

**1. USAGE**

Additional fees are payable for the right to use the model's image or reproductions, or adaptations of, or drawings derived from that image, or any other representation of it, either complete or in part whether alone or in conjunction with any wording or other images, photographs, drawings or anticipated purposes which are in addition to and outside the scope of the initial permitted use, details of which are set out in the booking confirmation form, e.g. packs, posters, showcards, record covers, swing tickets etc. For the avoidance of doubt, additional fees are payable for the right to use the model's image or reproductions, or adaptations of, or drawings derived from that image, or any other representation of it, either complete or in part whether alone or in conjunction with any wording or other images, photographs, drawings online or in any digital media including but not limited to Twitter, Facebook, MySpace, YouTube, Flickr, Blogs or other social networking websites or media. Unless otherwise agreed, the additional fees cover the right to use one image for one year from the date of booking, in the United Kingdom only, for the permitted use or uses or purposes agreed between IMG and the client. Under no circumstances will each additional usage fee be less than the model's advertised day rate as determined by IMG unless determined otherwise by IMG in its absolute discretion.

**2. TERRITORY**

Additional fees are also payable, and subject always to IMG's prior consent, for the right to use the model's image or reproductions etc, as set out in section 3.1 above for all known or anticipated territories other than the United Kingdom. Unless otherwise agreed the additional fees cover the right to use one image for one year or one season (as determined by IMG at the date of booking and as detailed on the booking confirmation form) from the date of booking, in the territory or territories agreed and stipulated on the booking form. Under no circumstances will each usage fee be less than the model's advertised day rate as determined by IMG unless determined otherwise by IMG in its absolute discretion.

https://www.imgmodels.com/special-pages/terms-conditions

"Under no circumstances will each additional usage fee be less than the model's advertised day rate as determined by IMG unless determined otherwise by IMG in its absolute discretion."

218

Report of Stephen Chamberlin
*Lopez et al. v. Meyers G.M. Enterprises et al. dba Cajun Club*

https://www.modelmanagement.com/modeling-advice/model-glossary/

U

Usage – Models get paid for each different medium in which their photograph is used. These different mediums, or usages, may include: consumer magazines, trade magazines, product packaging, print ads, bus ads, subway ads, billboards, magazine covers, direct mail, magazine editorials, posters, catalogues, brochures, point-of-purchase (point-of-sale or p-o-p), annual reports, book covers, kiosk, duratrans (those big portable billboards that are towed around behind trucks), newspapers, etc. The model receives an additional fee for each usage the client buys. Usages also vary according to time and region. The longer the ad runs and the more markets in which it appears, all drive up the model's fee. The largest usage is the unlimited time usage, worldwide buyout. That means the client can plaster the photograph across every city in the world in every possible usage until the end of time.

https://www.premiermodelmanagement.com/terms/

### 4. Usage.

An additional rate is payable for any use of photographs, or reproductions or adaptations thereof, or drawings therefrom, either complete or in part, alone or in conjunction with any wording or drawings. The "Usage" must be explicitly granted (as agreed on our confirmation of booking form and also specified on the relevant invoice – N.B. one image only may be used, unless otherwise agreed in writing) and defines the TYPE of usage, together with the TERRITORIES in which such usage is permitted and the DURATION of such usage. Under no circumstances will the basic usage fee be less than the Talent's advertising day rate. All fees must be paid PRIOR to any use of photographs for any purpose whatsoever. Usage fees remain payable, even in the event that the Usage purchased is not actually exercised.

### 5. Additional Usage.

An additional rate is payable for any additional (e.g. additional TYPES of usage, additional TERRITORIES or extended DURATION) Usage of the photographs, or reproductions or adaptations thereof, or drawings therefrom, either complete or in part, alone or in conjunction with any wording or drawings, other than Usage already agreed ("Additional Usage Rate"). The CLIENT is responsible for notifying Premier of any additional Usage requirement and negotiating (only with Premier) the Additional Usage Rate payable in respect of such additional Usage, PRIOR to any such additional Usage taking place.

219